EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Genaro Rodríguez Gerena | 2016 TSPR 144 |
| | 195 DPR ____ |

Número del Caso: TS-5369

Fecha: 30 de junio de 2016

Abogado de la parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re

Genaro Rodríguez Gerena                TS-5369


RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de junio de 2016.

Examinada la *Moción para Mostrar Causa y Solicitar la Reinstalación de la Abogacía* presentada por el Sr. Genaro Rodríguez Gerena (peticionario), se le reinstala al ejercicio de la abogacía.

No obstante, censuramos al peticionario por su participación en procesos judiciales previo a su reinstalación en el día de hoy. Además, le apercibimos que, de incurrir en conducta futura que contravenga las normas provistas en el Código de Ética Profesional, 4 LPRA Ap. IX (2012), se expone a la imposición de medidas disciplinarias severas, incluyendo su suspensión del ejercicio de la abogacía.

Esta Resolución tendrá vigencia inmediata. Publíquese.

**Notifíquese inmediatamente por teléfono o correo electrónico, y notifíquese posteriormente por la vía ordinaria.**

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez está inhibida.


Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo